v.

**Rudolph Deandre HALL, Defendant–Appellant.**

**No. 06–10628.**

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 14, 2007.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Johnny Wu SU, Defendant–Appellant.**

**No. 06–10644.**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 5, 2007.*

Filed June 14, 2007.

Frederick A. Black, Esq., Office of the U.S. Attorney, Hagatna, GU, for Plaintiff–Appellee.

G. Patrick Civille, Esq., Teker Civille Torres Calvo & Tang, PLLC, Hagatna, GU, for Defendant–Appellant.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Johnny Wu Su appeals from the 30–month sentence imposed after revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Su contends that the district court erred in sentencing him to 30 months of custody because his drug offense was incorrectly categorized as a Grade A violation rather than a Grade B violation.

Because Su agreed with the government's categorization of his drug offense as a Grade A violation, requested that the district court adopt the government's sentencing recommendation of 30 months, and failed to object to the sentencing recommendations, we conclude that Su has waived his right to challenge the categorization of his violation, *see United States v.*

---

*Visman,* 919 F.2d 1390, 1394 (9th Cir. 1990), and the district court did not err.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

